ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE GABRIEL AGUIRRE,<br>Debtor. | Case No. 1:26-MC-00134-EGC<br>**STIPULATION TO EXTEND OBJECTION DEADLINES AS TO ESPERANZA AGUIRRE; AND ORDER THEREON**<br>Criminal Case No. 1:25-CR-00079-JLT-SAB<br>(Doc. 8) |
| FRESNO POLICE DEPARTMENT CREDIT UNION,<br>Garnishee. | |

Plaintiff United States and interested party Esperanza Aguirre stipulate to extend the deadlines for Esperanza Aguirre to object to the issuance of the writ of garnishment and the garnishee's answer, as follows:

1. Esperanza Aguirre ("Ms. Aguirre") is the spouse of Debtor Jose Gabriel Aguirre.

2. The deadline for a party to object to a writ of garnishment is 20 days after service of the writ of garnishment. 28 U.S.C. § 3202(d). Here, Ms. Aguirre was served with the writ of garnishment on November 10, 2026. ECF 6.

3. The deadline for a party to object to the garnishee's answer is 20 days after being served with the answer. 28 U.S.C. § 3205(c)(5). Here, Ms. Aguirre was served with the garnishee's answer on November 4, 2026. ECF 5.

4. Ms. Aguirre asserts an interest in the accounts listed in garnishee's answer. See ECF 5.

5. The Parties believe they can resolve the garnishment without court intervention.

6. To facilitate the continued out-of-court resolution, the Parties ask that the deadlines for Ms. Aguirre to object to the issuance of the writ of garnishment and the garnishee's answer be extended to January 14, 2027.

Respectfully submitted,

FOR THE UNITED STATES:

ERIC GRANT
United States Attorney

Dated: 11/23/26

By: /s/ ROBIN TUBESING
ROBIN TUBESING
Assistant United States Attorney

FOR THE INTERESTED PARTY:

Dated: 11/23/26

/s/ DANIEL A. BACON
DANIEL A. BACON
Attorney for Esperanza Aguirre, interested party

**ORDER**

The Court, having reviewed the Parties' Stipulation, (Doc. 8), and for good cause appearing, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that the deadline for Esperanza Aguirre to object to the writ of garnishment pursuant to 28 U.S.C. § 3202(d) or to object to the garnishee's answer pursuant to 28 U.S.C. § 3205(c)(5) is extended to January 14, 2027.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Erin Sanz Castillo
UNITED STATES MAGISTRATE JUDGE